**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

**JEFFREY GILBERT (Pro Hac Vice to be Filed)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
*Counsel for Defendant Jet Quick, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all other similarly situated, | |
| Plaintiff, | Case No.: 6:25-cv-02050-MC |
| v. | |
| JET QUICK, LLC, | |
| Defendant._____/ | |

**DEFENDANT JET QUICK, LLC'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant JET QUICK, LLC ("Jet Quick"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq.*, and L. R. 16-3(a), herein serves this Unopposed Motion for Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

1. On November 4, 2025, Plaintiff Chad Barnes filed his titled Class Action Complaint (the "Complaint"). [D.E. 1].

2. On November 4, 2025, the Clerk issued an electronic summons to Barnes. [D.E. 2].

3. On November 18, 2025, Jet Quick's counsel was alerted of the lawsuit and the filed Complaint.

4. That same day, Jet Quick's counsel conferred with Barnes' counsel, requesting a 40-day extension of time to respond to the Complaint.

5. Barnes' counsel does not oppose the relief sought herein -- an extension of time to respond to the Complaint through Monday, December 29, 2025.

6. Quick Jet asserts that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the undersigned must meet with its client and assess the relevant facts and evidence, review the relevant documentation and allegations in the Complaint, analyze the claims to formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and 47 C.F.R. § 64.1200. Additionally, undersigned counsel already has several deadlines pending in both state courts and federal courts during the next 40 days.

7. No party will be prejudiced by the requested 40-day extension of time.

8. The proposed extension will not have any impact on the lawsuit as there are no existing deadlines, settings, or schedules entered by the Court at this time.

**WHEREFORE**, Defendant JET QUICK, LLC respectfully requests this Court grant this Motion and enter an order, providing that Defendant Jet Quick, LLC shall respond to the Complaint by December 29, 2025.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Defendant JET QUICK, LLC herein certifies that counsel for the parties conferred in good faith and that Plaintiff Barnes' counsel has agreed to a 40-day extension of time.

Date: November 25, 2025

Respectfully submitted,

By: /s/ Kristin Stankiewicz
**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

**JEFFREY GILBERT (Pro Hac Vice to be Filed)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

*Attorneys for Defendant Jet Quick, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Kristin Stankiewicz
Kristin Stankiewicz
Oregon Bar No. 066196