**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

**JEFFREY GILBERT (Pro Hac Vice Pending)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
*Counsel for Defendant Jet Quick, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all other similarly situated, | Case No.: 6:25-cv-02050-MC |
| Plaintiff, | **DEFENDANT JET QUICK'S CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| JET QUICK, LLC, | |
| Defendant. | |

Defendant JET QUICK, LLC ("Jet Quick"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq.*, and L. R. 16-3(a), herein serves this Corrected Unopposed Motion for Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

DEFENDANT JET QUICK LLC'S CORRECTED UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
1

1.  On November 4, 2025, Plaintiff Chad Barnes ("Barnes") filed his titled Class Action Complaint (the "Complaint"). [D.E. 1].

2.  On November 4, 2025, the clerk issued an electronic summons to be served on Jet Quick. [D.E. 2].

3.  On November 18, 2025, Jet Quick's counsel conferred with Barnes' counsel, requesting an extension of time to respond to the Complaint until January 26, 2026. Barnes' counsel agreed to the requested extension through January 26, 2026.

4.  On November 25, 2025, Jet Quick's counsel filed its Unopposed Motion for Extension of Time to Respond to the Complaint, but Jet Quick inadvertently included the wrong extension date of Monday, December 29, 2025, instead of the correct date of Monday, January 26, 2026. [D.E. 4].[1]

5.  To correct this scrivener's error, Jet Quick now files this corrected motion for extension of time to respond to the Complaint through Monday, January 26, 2026.

6.  Quick Jet asserts that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the undersigned must meet with its client and assess the relevant facts and evidence, review the relevant documentation and allegations in the Complaint, analyze the claims to formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, and 47 C.F.R. § 64.1200. Additionally, undersigned counsel already has several deadlines pending in both state courts and

---

[1] The Court entered its order granting the Unopposed Motion for Extension of Time to Respond to the Complaint on December 2, 2025. [D.E. 6].

federal courts during the next months.

7.     No party will be prejudiced by the requested extension of time.

8.     The proposed extension will not have any impact on the lawsuit as there are no existing deadlines, settings, or schedules entered by the Court at this time.

**WHEREFORE**, Defendant JET QUICK, LLC respectfully requests this Court grant this Corrected Motion and enter an order, providing that Defendant Jet Quick, LLC shall respond to the Complaint by Monday, January 26, 2026.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Defendant JET QUICK, LLC herein certifies that counsel for the parties conferred in good faith on November 18, 2025 and that Plaintiff Barnes's counsel agreed to an extension of time through January 26, 2026.

Date: December 16, 2025            Respectfully submitted,

By: */s/ Kristin Stankiewicz*
**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

**JEFFREY GILBERT (Pro Hac Vice Pending)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

*Attorneys for Defendant Jet Quick, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kristin Stankiewicz*
    Kristin Stankiewicz
    Oregon Bar No. 066196
