**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

**JEFFREY GILBERT (Pro Hac Vice)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

*Counsel for Defendant Jet Quick, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all other similarly situated, | Case No.: 6:25-cv-02050-MC |
| Plaintiff, | **DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS** |
| v. | |
| JET QUICK, LLC, | |
| Defendant. | |

1
DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

I, Blaine Beichler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge, information, and belief:

1.      I am the Head of Operations and Business Development for Jet Quick, LLC ("Jet Quick"). I have personal knowledge of the matters stated herein. I am over the age of 18, and I am competent to testify to these matters and would so testify, if called.

2.      Jet Quick provides interested consumers with information on prize draws and giveaways via certain third-party partners. For example, Jet Quick partners with My Daily Surge ("MDS") to receive contact information of users who consented to receive information from MDS and its third-party marketing partners and/or subsidiaries like Jet Quick.

3.      MDS is a website where a user interested in daily and/or monthly giveaways enters basic information to enter prize draws and receives other prize draw and giveaway information from MDS's marketing partners, such as Jet Quick. MDS has Terms and Conditions and Privacy Policy published on its website.

4.      As a third-party marketing partner of MDS, Jet Quick reviews the consumer opt-in flows, Terms and Conditions, and Privacy Policy before they are published on their website. MDS is contractually required to inform me of any proposed changes to those opt-in flows, Terms and Conditions, and Privacy Policy before they are published on their website.

5.      In my position as Jet Quick's Head of Operations and Business Development, I am responsible for reviewing MDS's customer opt-in flows, Marketing Partners, Terms and Conditions, and Privacy Policy before they are published. MDS is required to inform Jet Quick of any proposed changes to those opt-in flows, Marketing Partners, Terms and Conditions, and Privacy Policy. I am responsible for auditing MDS's compliance with its requirement to inform

2
DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

me of any changes.

6.    Through my regular auditing of MDS's consumer opt-in flows, I have regular access to and first-hand knowledge of MDS's online opt-in process that I describe below.

7.    On July 26, 2025, MDS received Plaintiff's agreement to its online Terms and Conditions and Privacy Policy and Plaintiff's consent to receive marketing text messages on behalf of itself and its marketing partners and/or subsidiaries, including Jet Quick, which we receive notice and data in automated data transfers directly from MDS and import into our CRM (customer relationship management) platform for our communications with the subscribers.

8.    On July 26, 2025, Plaintiff agreed to MDS's Terms and Conditions and Privacy Policy, among other contractual terms, and we sent a welcome message and other messages after Plaintiff provided his consent that day.

9.    On and prior to the time of Plaintiff's opt-in, July 26, 2025, Jet Quick relied on the fact that any user of MDS's website, including Plaintiff, would be bound to the arbitration provision and that Jet Quick could enforce such provision.

**MDS's Sign-Up Process**

10.    On July 26, 2025, Plaintiff consented to receiving welcome and marketing messages from MDS and its third party marketing partners, including Jet Quick, by following the opt-in flow demonstrated below.

11.    The opt-in flow and the screenshots below fairly and accurately reflect the content, layout, and information publicly available on the MDS website at the time of Plaintiff's consent on July 26, 2025.

12.    I have personal knowledge that the opt-in flow below was on the MDS website at

3
DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

the time of Plaintiff's consent because I reviewed the opt-in flow before Jet Quick was listed as a marketing partner on the MDS website.

13.    No alterations, modifications, or enhancements have been made to the screenshots other than formatting for presentation purposes (e.g., cropping; size; placement).

14.    The website information presented or referenced herein was accessed under my supervision and was accessed using a standard web browser and internet connection without the use of any tools or software that would alter or manipulate the displayed content.

15.    First,    Plaintiff    visited    the    MDS    URL    at    issue    here: https://17.mydaysurge.com/1000-check?b=back (the "Site"). Attached to this Declaration is "**Exhibit A**", a true and correct copy of the Site.

16.    On the MDS Site, Plaintiff was presented with the following screen asking for Plaintiff to enter a zip code:



Ex. A at 1.

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

17.    Plaintiff entered the zip code "97402" and pressed "Continue."

18.    After Plaintiff entered the zip code and pressed "Continue," the next page asked Plaintiff to enter an email address:



Ex. A at 2.

19.    On the page asking Plaintiff to enter an email address, there were hyperlinks to MDS's Terms and Conditions and Privacy Policy. Plaintiff had the opportunity to click the hyperlinks to MDS's Terms and Conditions and Privacy Policy.

20.    Plaintiff entered the email address "wilcoxshirenna@gmail.com" and pressed "Continue."

21.    After Plaintiff entered an email address and pressed "Continue," the following page asked Plaintiff to enter a phone number:

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

Ex. A at 3.

      22.     Upon reaching this page, the opt-in page made clear that Plaintiff, by entering a phone number and clicking the "Continue" button, was opting in to be contacted via use of texts and calls from MDS and its subsidiaries/marketing partners. *Id.*

      23.     The page also made clear that Plaintiff, by entering a phone number and clicking the "Continue" button, was agreeing to Terms and Conditions, which include provisions for "mandatory arbitration," "resolving disputes and TCPA claim." and waiver of class action lawsuits. *Id.*

      24.     On this page, there were hyperlinks to Subsidiaries and Terms and Conditions. Plaintiff had the opportunity to click the hyperlinks to the Subsidiaries and Terms and Conditions. *Id.*

      25.     The hyperlink to the Subsidiaries leads to the following page:

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

**Subsidiary Hyperlink - Unified Marketing Partners**

By providing your consent on the source page ("Source Page") of this hyperlinked page, you acknowledge your consent to be contacted, by the below listed entities, at the phone number you provided, for marketing and transactional messages via text and calls, which may use automated, manual, prerecorded or AI technology, which shall apply even if your number is on a Do-Not-Call list, until you revoke consent. You further acknowledge that the Terms and Conditions located on the Source Page contain provisions for **mandatory arbitration and waiver of class action lawsuits** for resolving disputes and by providing your consent on the Source Page, you acknowledge that the below listed entities may enforce the Terms and Conditions, including the above-referenced provisions, against you.

| | | | |
|---|---|---|---|
| ABA / American Benefit Alliance | ACTIVE / The Active Source | AWT / All Work Travel | CC7 / Cyber Cloud Seven |
| ECO / Go EcoGeek | EPO / Expecting Parents | EPRO / Excellence Forward | Famaid / My Family Aid |
| Home / Heavenly Home | HOAA / Homeowners Angels | HomeHelp / Home Helpers United | JET / Jet Quick |
| LyfeOG / Lyfe Off Grid | MPA / Maple Work Aid | NVE / Nouveau Essentials Marketing | Penny / Digital Penny Pincher |
| QUICK / Quick Space Now | RBEE / Red Bee | SPN / Select Preferred Network | TEXTR / Textr Online |
| TRN / True North | Vida / Better Vida | VSPT / Veteran Support Partners | ZIP / Zip Zip Zipper |

*Note: Each of the names in the above list contain both the name of the entity (as shown after the forward slash) as well as the business' short name (as shown before the forward slash). Due to capacity restrictions, SMS messaging will contain only the business' short name.

Ex. A at 4.

26.     As shown above, the Subsidiary hyperlink explains the following:

By providing your consent on the source page ("Source Page") of this hyperlinked page, **you acknowledge your consent to be contacted**, by the below listed entities, at the phone number you provided, for marketing and transactional messages **via text and calls . . . which shall apply even if your number is on a Do-Not-Call list**, until you revoke consent. You further **acknowledge that the Terms and Conditions** located on the Source Page contain **provisions for mandatory arbitration and waiver of class action lawsuits** for resolving disputes and **by providing your consent** on the Source Page, you acknowledge **that the below listed entities may enforce the Terms and Conditions**, including the above-referenced provisions, against you.

JET / Jet Quick.

*Id.*

27.     The Subsidiaries hyperlink lists "JET / Jet Quick" as a marketing partner of MDS.

*Id.*

28.     On the page asking Plaintiff to enter a phone number, Plaintiff entered phone

7

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

number "XXX-XXX-7625"[1] and pressed "Continue." Plaintiff, by entering a phone number and clicking the "Continue" button, agreed to the Terms and Conditions. *Id.*

29.    Plaintiff, by entering a phone number and clicking the "Continue" button, also agreed to the Subsidiary hyperlink language, which explains that the Terms and Conditions, including the mandatory arbitration provision and waiver of class action lawsuits provision, are enforceable by Jet Quick. *Id.*

30.    If Plaintiff did not click "Continue," his information would not be shared with MDS or any of its subsidiaries or marketing partners, including Jet Quick. When a consumer does give his consent to be texted by MDS and/or its marketing partners and/or subsidiaries, that consumer's information is shared with only one of the listed subsidiaries – in this case, Jet Quick. Therefore, if Plaintiff did not enter his phone number and click "Continue," Jet Quick would have never sent Plaintiff a Welcome message.

31.    The next page asked Plaintiff to enter a first and last name:

---

[1] The use of "X"s is to preserve Plaintiff's personal identifying information.

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS



Ex. A at 5.

    32.     Plaintiff entered the first and last name "Shirenna Wilcox" and pressed "Continue."

    33.     After Plaintiff entered the name and pressed "Continue," the following page asked

Plaintiff to enter an address:



9

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

Ex. A at 6.

34.     Plaintiff entered the address "675 Hughes St, Eugene," selected Oregon as the state, and pressed "Continue."

35.     After Plaintiff entered the address and pressed "Continue," the final page asked Plaintiff to enter a date of birth and select a gender:



Ex. A at 7.

36.     Plaintiff entered date of birth "May 12, 1965," selected "Female" as the gender, and pressed "Continue."

37.     The information Plaintiff entered on the opt-in pathway was transmitted from MDS to Jet Quick after Plaintiff agreed to the Terms and Conditions and consented to being contacted.

### MDS's Terms and Conditions

38.     Plaintiff, by clicking "Continue" multiple times in the pathway, agreed to MDS's Terms and Conditions. The Terms and Conditions could be immediately accessed and reviewed

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

by clicking on the hyperlink, which would take Plaintiff directly to the Terms and Conditions. Attached to this Declaration is "**Exhibit B**", a true and correct copy of the Terms and Conditions as of July 1, 2025.

39.    There is clear and unambiguous language that reflects Plaintiff's acceptance of all terms, conditions, and policies in the Terms and Conditions:

> By accessing and using the Website, including your participation in any promotion on the Website, whether offered by My Daily Surge or one of our third-party partners, you agree to accept these Terms, as well as the Website's Privacy Policy and any additional terms on the Website. If you do not agree to and accept these Terms or the Website's Privacy Policy, please do not use or visit the Website.

Ex. B at 1.

40.    Plaintiff was notified of the Terms, including the mandatory arbitration provision and waiver of class action provision, at least twice while using the Site. *See* Ex. A at 2-4.

41.    The Terms and Conditions, on the first page, alerted Plaintiff in bold, capital lettering that there is a mandatory arbitration provision and a waiver of class actions provision:

> ## MANDATORY ARBITRATION & WAIVER OF RIGHT TO CLASS ACTION
>
> These Terms contain a mandatory arbitration provision, as detailed below, that **requires you to arbitrate, individually, all disputes or claims that you may have with us, related parties, advertisers, including telemarketing partners, and persons with whom we share your personal information where you have given us your consent to do so ("Marketing Partners"), all of whom are third-party beneficiaries of the mandatory arbitration provision**. Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims that you may have regarding any telemarketing or SMS/text messages that you receive from us or our Marketing Partners are subject to the mandatory arbitration provision. **The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration**.

And it adds that:

> *For the avoidance of doubt and without limiting the foregoing, you agree to*

11

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

*arbitrate any dispute related to any emails, text messages or telephone calls you may receive from us or our Marketing Partners in conjunction with your interactions with us, our Website, or any Website Promotions.*

Ex. B at 1-2 (emphasis added).

42.     The Terms additionally have an entire section on the arbitration and class action

waiver provision:

### BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER

*BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL.* Should a dispute arise concerning the Website, Promotions, Content, the terms and conditions of the Agreement or the breach of same by any party hereto, **including our Marketing Partners**: (a) the parties agree to submit their dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties in New York, New York, in accordance with the then-current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice to us by contacting us at info@MyDailySurge.com.

\*\*\*

To the extent permitted by law, **you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy** that you may have against Company and/or its employees, officers, directors, members, representatives and/or assigns, **and its Marketing Partners as it relates to the Website.** You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit.

\*\*\*

*YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST US AND OUR MARKETING PARTNERS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.*

Ex. B at 7-8 (emphasis added).

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

43.    Plaintiff had the option to not respond to the survey questions and to not press "Continue" on each page. However, Plaintiff elected to respond and thereby assented to the Terms and consented to being contacted by marketing partners, including Jet Quick:

> To the extent that you elect to respond to survey questions and consent to tele-marketing or email marketing, **information concerning your response to the survey questions may be shared with the Marketing Partners named in the consent.**

Ex. B at 4-5 (emphasis added).

44.    To recap, to be contacted by MDS and/or its marketing partners and/or subsidiaries, including Jet Quick, Plaintiff had to enter a zip code, email address, phone number, full name, address, date of birth, and gender and had to click "Continue" on each page of the pathway. *See* Ex. A.

45.    The Terms also have provisions related to fraud and abuse of the MDS website:

**<u>FRAUDULENT ACTIVITY & SECURITY</u>**

Fraud and abuse relating to access to and use of the Website is strictly prohibited. **In accessing the Website or participating in any Website Promotion, you represent and warrant that: (a) all information you supply is complete and accurate**, (b) you are not acting in violation of any applicable laws, rule or regulations, or contrary to these Terms, and (c) **you will not circumvent any provision in these Terms or a security feature on the Website or engage in any activity that interrupts or attempts to interrupt the operation of the Website**. Engaging in fraudulent or abusive conduct shall subject you to immediate sanctions as determined in our sole and absolute discretion. **ANY ATTEMPT BY A PARTICIPANT TO DELIBERATELY DAMAGE OR UNDERMINE THE LEGITIMATE OPERATION OF THE WEBSITE AND WEBSITE PROMOTIONS IS A VIOLATION OF CRIMINAL AND CIVIL LAW.** SHOULD SUCH AN ATTEMPT BE MADE, THE PROGRAM PARTIES RESERVE THE RIGHT TO SEEK DAMAGES FROM ANY SUCH INDIVIDUAL TO THE FULLEST EXTENT PERMITTED.

Ex. B at 5 (emphasis added).

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

46.     Based on an investigation done on Google and other publicly available platforms, Shirenna Wilcox is the mother of Plaintiff Chad Barnes. Plaintiff, apparently with his mother, supplied this combined opt-in information about themselves to MDS, violating MDS's Terms and Conditions requiring that "[p]articipation must be by the **individual entrant** and only as directed in the Terms." Ex. B at 2 (emphasis added).

47.     Plaintiff's Complaint alleges that Plaintiff Barnes is "the subscriber to and customary user" of the telephone number he opted in with. Compl. ¶ 8. However, Plaintiff does not allege or confirm that he is the sole user of the telephone number.

### Plaintiff's Completion of MDS's Opt-In Process

48.     On July 26, 2025, Plaintiff completed MDS's marketing message opt-in process described above, including consenting to receiving communications and agreeing to the Terms and Conditions.

49.     MDS logs IP addresses and other information to identify the general location of visitors and to monitor traffic. MDS also collects user-provided data such as email address, name, and address; behavioral data such as pages visited, scroll depth, and navigation path; and technical information such as a user's IP address, browser type/version, operating system, device type, etc.

50.     This type of data is regularly captured in real time by MDS and conveyed to Jet Quick, which Jet Quick maintains in the ordinary course of business. I routinely access and use this type of information in the ordinary course of my job responsibilities.

51.     After Plaintiff entered identifying information on the Site and clicked the "Continue" buttons, MDS transmitted the documented information Plaintiff entered and other information in real time to Jet Quick.

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

52.     Jet Quick received the following information from MDS:

(1)     Consent Timestamp from Provider: Saturday, July 26, 2025 6:45:24 PM GMT-04:00 DST.

    i.     Sent Welcome Message: 2025-07-26 18:45:24.

    ii.     STOP Message from User: 2025-07-30 14:24:06.

    iii.     STOP Response: 2025-07-30 14:24:06.

(2)     Telephone number that opted in for the communication: XXX-XXX-7625.

(3)     URL used by Plaintiff for the opt-in: https://17.mydaysurge.com/1000-check?b=back

(4)     IP address of the computer used for the opt-in: 67.160.128.19

(5)     All information that was placed into the opt-in website by Plaintiff (redacted here using "X"s to preserve privacy):

    i.     Phone: XXX-XXX-7625

    ii.     Email: wilcoxshirenna@gmail.com

    iii.     Gender: Female

    iv.     City: eugene

    v.     State: OR

    vi.     Address: 675 hughes st

    vii.     Zip Code: 97402

    viii.     First Name: shirenna

    ix.     Last Name: wilcox

    x.     Date of Birth: 1965-05-XX.

DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK, LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

53.     After receiving Plaintiff's consent to the Terms and Conditions and to receive communications, Jet Quick sent Plaintiff a Welcome message.

54.     Geolocation data reveals that the IP address of the device used for the opt-in (67.160.128.19) is consistent for Eugene, Oregon.



55.     This Declaration is made solely in support of Jet Quick's Motion to Compel Arbitration or, Alternatively, to Dismiss with Incorporated Memorandum of Law and is not intended for use in any other way.

Executed on this ____26th____ day of January, 2026, in West Palm Beach, Florida .

_____
BLAINE BEICHLER

16
DECLARATION OF BLAINE BEICHLER IN SUPPORT OF DEFENDANT JET QUICK,
LLC'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS