# EXHIBIT A



$1000 Gift Card

## 100% FREE Entry



Hurry! Enter below to continue

**Zip Code**

[                                    ]

**Continue**



$1000 Gift Card

## 100% FREE Entry



Enter email for chance at free items!

**Email**

By clicking Continue, I agree to receive marketing and promotional emails from MyDailySurge, MajorSweeps, and our partners. I also agree to the Terms & Conditions, including mandatory arbitration, Privacy Policy and site recordation by TrustedForm and Jornaya.

**Continue**

2

$1000 Gift Card

## 100% FREE Entry

**08** : **38** : **18**
Hours   Minutes   Seconds

### Thanks! Please confirm your number

Phone Number

By selecting "Continue", I provide my ESIGN signature and express consent for MyDailySurge, Unified Marketing Partners & its Subsidiaries, SnagnGoods, USMsg, MyJobMobile, OMG Sweeps, Best Day Ever Sweepstakes, FamilyRecoveryHub, Dollar-Sensei, CheckGo, Lendli, CZN, Benefitlink, Americas Health, Media Delivery Solutions LLC and Grant-Navigators to contact me at the phone number I provided for marketing and transactional messages, including personal finance, benefits & sweepstakes, via text and calls, which may use automated, manual, prerecorded, or AI technology, until I revoke consent. This applies even if my number is on a "Do Not Call" list. Consent is not required to use this site or obtain goods/services. Click here to proceed without consent. I have read and agree to the Terms & Conditions, including mandatory arbitration, and for resolving disputes and TCPA claim.

**Continue**

3

# Subsidiary Hyperlink - Unified Marketing Partners

By providing your consent on the source page ("Source Page") of this hyperlinked page, you acknowledge your consent to be contacted, by the below listed entities, at the phone number you provided, for marketing and transactional messages via text and calls, which may use automated, manual, prerecorded or AI technology, which shall apply even if your number is on a Do-Not-Call list, until you revoke consent. You further acknowledge that the Terms and Conditions located on the Source Page contain provisions for **mandatory arbitration** and **waiver of class action lawsuits** for resolving disputes and by providing your consent on the Source Page, you acknowledge that the below listed entities may enforce the Terms and Conditions, including the above-referenced provisions, against you.

| | | | |
|---|---|---|---|
| ABA / American Benefit Alliance | ACTIVE / The Active Source | AWT / All Work Travel | CC7 / Cyber Cloud Seven |
| ECO / Go EcoGeek | EPO / Expecting Parents | EPRO / Excellence Forward | Famaid / My Family Aid |
| Home / Heavenly Home | HOAA / Homeowners Angels | HomeHelp / Home Helpers United | JET / Jet Quick |
| LyfeOG / Lyfe Off Grid | MPA / Maple Work Aid | NVE / Nouveau Essentials Marketing | Penny / Digital Penny Pincher |
| QUICK / Quick Space Now | RBEE / Red Bee | SPN / Select Preferred Network | TEXTR / Textr Online |
| TRN / True North | Vida / Better Vida | VSPT / Veteran Support Partners | ZIP / Zip Zip Zipper |

*Note: Each of the names in the above list contain both the name of the entity (as shown after the forward slash) as well as the business' short name (as shown before the forward slash). Due to capacity restrictions, SMS messaging will contain only the business' short name.



$1000 Gift Card

## 100% FREE Entry



08 : 35 : 31
Hours   Minutes   Seconds

### What is your name?

First Name

Last Name

**Continue**



6

