# EXHIBIT B

<u>My Daily Surge: Terms and Conditions</u>

<u>Daily and Monthly Giveaways</u>

**Last Modified: July 1, 2025**

Welcome to the My Daily Surge website ("Website"), owned and operated by My Daily Surge. Please review these Terms and Conditions ("Terms") closely and maintain a copy for your records, as they govern your access to and use of the Website.

By accessing and using the Website, including your participation in any promotion on the Website, whether offered by My Daily Surge or one of our third-party partners, you agree to accept these Terms, as well as the Website's Privacy Policy and any additional terms on the Website.  If you do not agree to and accept these Terms or the Website's Privacy Policy, please do not use or visit the Website. We reserve the right to modify these Terms at any time in our sole discretion. Any material changes to these Terms will be posted on the Website and shall be binding from the date of posting. No provision of these Terms or modifications thereof shall create any rights in or benefits to any third party.

**<u>MANDATORY ARBITRATION & WAIVER OF RIGHT TO CLASS ACTION</u>**

These Terms contain a mandatory arbitration provision, as detailed below, that requires you to arbitrate, individually, all disputes or claims that you may have with us, related parties, advertisers, including telemarketing partners, and persons with whom we share your personal information where you have given us your consent to do so ("Marketing Partners"), all of whom are third-party beneficiaries of the mandatory arbitration provision. Thus, for example, if you provide prior express written consent to be contacted via telemarketing or SMS/text messaging, any claims that you may have regarding any telemarketing or SMS/text messages that you receive from us or our Marketing Partners are subject to the mandatory arbitration provision. The mandatory arbitration provision also waives your right to participate in a class action or multi-party arbitration. There are two narrow exceptions to the mandatory arbitration provision: (1) you may opt-out by providing written notice of your decision to do so within thirty (30) days of the date that you first register on a Website; and (2) you may opt-out by filing a claim in Small Claims Court provided the requirements described below are met.

1

*For the avoidance of doubt and without limiting the foregoing, you agree to arbitrate any dispute related to any emails, text messages or telephone calls you may receive from us or our Marketing Partners in conjunction with your interactions with us, our Website, or any Website Promotions.*

## OFFICIAL RULES

**HOW IT WORKS:** There are multiple giveaways associated with My Daily Surge (each, a "Promotion" and collectively, "Promotions"):

(1) $1,000 Monthly Giveaway begins on the first calendar day of each calendar month with the Monthly Giveaway prize draw occurring after the final day of that calendar month (for example, the August 2025 Monthly Giveaway starts on August 1, 2025 with the prize draw occurring after August 30, 2025).

(2) $100 Daily Giveaway begins each calendar day with the Daily Giveaway prize draw occurring each day of the Promotion (for example, there will be 31 daily Promotions in July 2025)

The My Daily Surge Promotion (the "Promotion") begins on July 8, 2025 at 12 AM UTC and ends on July 7, 2026 at 11:59 PM UTC. A valid entry in any Promotion enters you in all Promotions. By participating in the Promotions, each entrant unconditionally accepts and agrees to comply with and abide by My Daily Surge's Terms and Conditions ("Terms") and the decisions of My Daily Surge, which shall be final and binding in all respects. **NO PURCHASE IS NECESSARY TO PARTICIPATE IN THE PROMOTIONS.**

Participation in the Promotion does not constitute participation in any other promotion, contest, or sweepstakes. By participating in the Promotion, each entrant unconditionally accepts and agrees to comply with and abide by these Official Rules and the decisions of My Daily Surge LLC, 32 Monmouth Street, Suite 306, Red Bank, NJ 07701, which shall be final and binding in all respects.

**ELIGIBILITY:** Only legal United States residents who are eighteen (18) years of age or older are eligible to participate in the Promotions. Employees, officers and directors of My Daily Surge, and each of their respective parents, subsidiaries, affiliates, distributors, retailers, sales representatives, advertising and promotion agencies (collectively, the "Promotions Entities") are ineligible to participate in the Promotions. Promotions are void where prohibited by law. **Limit one (1) Promotions entry per person per day.**

Participation must be by the individual entrant and only as directed in Terms. Participation by any other individual or any entity, or originating at any website or other platform, will be declared invalid and the entrant will be disqualified for the Promotions. The use of any device to automate

the entry process is prohibited and will lead to disqualification. ALL WINNING ENTRIES ARE SUBJECT TO VERIFICATION. AN ENTRANT IS NOT A WINNER UNLESS AND UNTIL THE ENTRANT'S ELIGIBILITY HAS BEEN VERIFIED.

**HOW IT WORKS:** During the periods of the Promotions, eligible entrants will have the opportunity to receive a prize. To be eligible, you must complete a registration form including name, email address and acceptance of Terms to be eligible. Once these steps are completed, your entry will be submitted for all the Promotions active on the date of the registration. At the conclusion of the period of each Promotion, giveaways will be awarded with a random winner selection from all entries.

The random drawing shall occur within fourteen (14) days after the period of each Promotion. You will be contacted directly if you have won (subject to verification of eligibility). Odds of winning a prize depend on the total number of eligible entrants. Unclaimed or unredeemed prizes will be awarded to other entrants at My Daily Surge's discretion.

A total of three hundred and sixty-five (365) $100 Daily Winners and twelve (12) $1,000 Monthly Winners will be awarded during the Promotion. The total value of the prize pool is $48,500.

**ALTERNATE METHOD OF ENTRY:** To request a free entry, click here: [Alternative Method of Entry](#) and complete the Entry Request form in its entirety with your full name, email address, complete mailing address, and telephone number. Once the Request form is completed, follow the instructions to print out the format and affix the barcode to a hand-addressed post card with first class postage to: $1,000 Giveaway Rules Entry, 3030 LBJ Freeway, Suite 300, Dallas, TX 75234. All requests must be mailed. Limit one barcode per postcard. Limit one entry request per person per day. Request received sealed inside envelopes or packaging will be disqualified. All Requests must be received within five (5) days after the Promotion ends. No copies, facsimiles or mechanical reproductions will be accepted. My Daily Surge is not responsible for entries, Promotions-related e-mails (including confirmation emails), claims or notices that are lost, late, stolen illegible, misdirected, damaged, incomplete, or postage due mail.

**GENERAL REQUIREMENTS:** In the event of a dispute over the identity of an entrant, entry will be deemed completed by the authorized accountholder of the email address provided at time of registration. Authorized accountholder is defined as the natural person who is assigned to an email address by an Internet access provider, on-line service provider, wireless carrier, or other organization that is responsible for assigning email addresses for the domain associated with the submitted email address.

Except as contemplated in the Terms, personal information collected in connection with the Promotions will be used in accordance with My Daily Surge's Privacy Policy. The Promotions Entities shall not be responsible for incorrect or inaccurate entry information related to a Promotion entry. The Promotions Entities assume no responsibility or liability for any error, omission, interruption, deletion, theft or destruction, or unauthorized access to, or alteration of entries.

Winners shall be solely responsible for all federal, state and/or local taxes, and the reporting consequences thereof, and for any other fees or costs associated with the applicable prize.

Acceptance of a prize constitutes winner's permission for My Daily Surge and its designees to use winner's name, photograph, likeness, voice, biographical information, statements and address (city and state) for advertising and publicity purposes without further compensation. Entrants agree that the Promotions Entities (A) shall not be responsible or liable for, and are hereby released from, any and all costs, injuries, losses or damages of any kind, including, without limitation, due in whole or in part, directly or indirectly, to participation in the Promotions and (B) have not made any warranty, representation or guarantee express or implied, in fact or in law, with respect to any prize, including, without limitation, to such prize's quality or fitness for a particular purpose. My Daily Surge reserves the right in its sole discretion to disqualify any individual who is found to have tampered with the entry process or the operation of the Promotions, or who has violated the Terms.

**WINNER'S LIST**: For the names of the Promotions winners, send a self-addressed, stamped envelope to: The My Daily Surge Giveaway Winners List, 3030 Lyndon B. Johnson Freeway, 3rd Floor, Dallas, Texas 75234. All such requests must be received within six (6) weeks after the end of any Promotion.

### SURVEY QUESTIONS AND OPTIONAL OFFERS ON THE WEBSITE

While on the Website, you may be presented with survey questions and optional marketing offers from our Marketing Partners. Completion of survey questions or optional offers are not required to enter a Promotion, nor do engaging with them change your chances of winning.

- **Survey Questions.** The Website includes numerous survey questions to ascertain your interest in products and services. If you do not wish to respond to survey questions, please

4

    select the "skip" button (or any similar button on the question).  To the extent that you elect to respond to survey questions and consent to telemarketing or email marketing, information concerning your response to the survey questions may be shared with the Marketing Partners named in the consent.
- **Optional Offers.**  The Website may contain Optional Offers from our Marketing Partners. These offers are typically marked as "Optional", "Sponsored," or something similar.

## **FRAUDULENT ACTIVITY & SECURITY**

Fraud and abuse relating to access to and use of the Website is strictly prohibited. In accessing the Website or participating in any Website Promotion, you represent and warrant that: (a) all information you supply is complete and accurate, (b) you are not acting in violation of any applicable laws, rule or regulations, or contrary to these Terms, and (c) you will not circumvent any provision in these Terms or a security feature on the Website or engage in any activity that interrupts or attempts to interrupt the operation of the Website.   Engaging in fraudulent or abusive conduct shall subject you to immediate sanctions as determined in our sole and absolute discretion.  ANY ATTEMPT BY A PARTICIPANT TO DELIBERATELY DAMAGE OR UNDERMINE THE LEGITIMATE OPERATION OF THE WEBSITE AND WEBSITE PROMOTIONS IS A VIOLATION OF CRIMINAL AND CIVIL LAW. SHOULD SUCH AN ATTEMPT BE MADE, THE PROGRAM PARTIES RESERVE THE RIGHT TO SEEK DAMAGES FROM ANY SUCH INDIVIDUAL TO THE FULLEST EXTENT PERMITTED.

We reserve the right to view, monitor and record activity on this Website without notice to or permission from you. Any information obtained through such monitoring, reviewing or recording is subject to review by law enforcement organizations in connection with investigation or prosecution of possible criminal activity on this Website. We will comply with all court orders involving requests for such information.

## **INTELLECTUAL PROPERTY RIGHTS**

The Website, the Promotions and the site content ("Content") are owned, trademarked, and copyrighted by us with all rights reserved, except for third party trademarks, logos or service marks which may appear on our Websites. Your use of any Content without written permission from us is prohibited. As a user of the Website, we grant you a non-exclusive, non-transferable, revocable, and limited license to access and use the Content for your own personal, non-commercial use in accordance with these Terms. By submitting any content to us, you grant us a perpetual, unlimited, irrevocable, royalty-free, non-exclusive, assignable and worldwide license to make, copy, perform, publish, display, distribute, transmit, translate, modify, prepare derivative works from and use such content in any form, media or technology now known or hereafter developed.

**PRIVACY**

See our Privacy Policy, which is incorporated herein by reference, for more information concerning our collection and use of your personal information, the security of your personal information, and how to exercise your privacy rights.

**INDEMNIFICATION**

By using our Site, you agree to defend and hold harmless us, our parents, subsidiaries, and related parties, and each of their respective members, officers, directors, employees, agents, and other partners, harmless against any demands, claims or actions arising out of or as a result of (1) your access to or use of the Website or Promotions, (2) your breach or violation of these Terms, (3) your violation of any rights including, but not limited to, intellectual property rights, or (4) any deceptive, threatening, libelous, obscene, harassing, or offensive material contained in any of your email communications or other submissions to the Website.

**DISCLAIMER OF WARRANTIES**

The Website and Promotions are subject to change and is provided to you "as is" without any warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability, fitness for a particular purpose or noninfringement.  We make no warranty that the activity and content relating to the Website or Promotions will (1) meet your requirements, (2) be uninterrupted, timely, secure, or error-free, or (3) be accurate or reliable.  We assume no responsibility for any damage to your computer system or loss of data that may have resulted from material downloaded or otherwise obtained through activity relating to the Website or Promotions.

**LIMITATION OF LIABILITY**

To the maximum extent allowed by applicable law, we will not be liable for any indirect, incidental, special, or consequential damages arising out of or relating to the Terms, the Website, or any Promotion, no matter how caused.  In no event will our total cumulative liability to any user exceed an amount equal to the lesser of (1) the value of the Promotion for which the consumer has registered or (2) $1,000.

**GOVERNING LAW**

You agree that these Terms constitute the agreement between you and us, and that New York law controls, without regard to conflicts of law provisions.  Any dispute that is not resolved by arbitration and proceeds in a state or federal court will be adjudicated in a court in the state of New York.  You expressly waive any defense or objection to venue or personal jurisdiction.

**BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER**

***BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL.*** Should a dispute arise concerning the Website, Promotions, Content, the terms and conditions of the Agreement or the breach of same by any party hereto, including our Marketing Partners: (a) the parties agree to submit their dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties in New York, New York, in accordance with the then-current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice to us by contacting us at info@MyDailySurge.com. We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute, you can submit your dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties, in your county of residence, by filing a separate Demand for Arbitration by contacting us as info@MyDailySurge.com. The parties agree that the arbitrator shall not consolidate more than one person's claims and shall not otherwise preside over any form of a representative or class proceeding. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that you incurred for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing contained herein shall be construed to preclude any party from: (a) seeking injunctive relief in order to protect its rights pending an outcome in arbitration; and/or (b) pursuing the matter in small claims court rather than arbitration. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Company and/or its employees, officers, directors, members, representatives and/or assigns, and its Marketing Partners as it relates to the Website. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Company and Marketing Partners incur in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (ii) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Website.

*YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST US AND OUR MARKETING PARTNERS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING.*

You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in such a suit. This agreement does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. You may opt-out of these Dispute Resolution Provisions by providing written notice of your decision within thirty (30) days of the date that you first visit the Website.

## THIRD PARTY WEBSITES

The Website, Promotions, Content, emails or other transmissions may contain links to Websites owned or operated by third-party Marketing Partners. These links are provided for your convenience only. We do not control, and are not responsible for, the content or privacy policies on, or the security of, such Websites and disclaim any responsibility relating to such Websites. Neither do we endorse the content, or any products or services available, on such Websites.

## GENERAL PROVISIONS

These Terms constitute the entire agreement between you and us in connection with your use of the Website and Promotions and supersedes all prior agreements between the parties regarding the subject matter contained herein.

If any provision of these Terms of Use is found invalid or unenforceable, that provision shall be enforced to the maximum extent possible, and the other provisions contained herein will remain in full force and effect. No failure of either party to exercise or enforce any of its rights under these Terms of Use will act as a waiver of such rights. If you violate these Terms of Use, or otherwise create legal exposure or risk for us, you will not be eligible for any Promotion for which you were entered.

## ELECTRONIC SIGNATURE

***YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THIS AGREEMENT AND OUR PRIVACY POLICY AND EXPRESSLY AGREE TO AND CONSENT TO BE BOUND BY ALL OF THE TERMS CONTAINED HEREIN AND THEREIN. THIS AGREEMENT SHALL HAVE THE SAME LEGAL FORCE AND EFFECT AS A WRITTEN DOCUMENT SIGNED BY YOU. ANY USE OF THIS WEBSITE BY YOU AFTER ANY AMENDMENTS OR MODIFICATIONS TO THESE TERMS AND CONDITIONS SHALL CONSTITUTE YOUR ACCEPTANCE OF THE MOST CURRENT VERSION OF THESE TERMS AND CONDITIONS AND THE AMENDMENT OF THE AGREEMENT BETWEEN US TO INCORPORATE SUCH AMENDED TERMS AND CONDITIONS.***

**CONTACT INFORMATION**

The Website is owned and operated by:

My Daily Surge

 68 White St, #7-291, Red Bank, NJ 07701

info@MyDailySurge.com