Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | | |
|---|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 6:25-cv-2050 |
| Plaintiff, | : : | |
| v. | : : | DECLARATION OF CHAD BARNES TCPA (47 U.S.C. § 227) |
| JET QUICK, LLC. | : : | DEMAND FOR JURY TRIAL |
| Defendant. | : : : | |

**DECLARATION OF CHAD BARNES**

1. My name is Chad Barnes. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number XXX-XXX-7625 is on the National Do-Not-Call Registry.

3. My telephone number XXX-XXX-7625 is a cellular telephone number.

4. I am the user of XXX-XXX-7625.

5. The XXX-XXX-7625 number is registered in my name and I am the subscriber of record.

6. I have not and did not want the products, services, and promotions sold by JetQuick, including as allegedly offered through the My Daily Surge website.

Declaration

1

7. I did not visit the website MyDailySurge.com, nor would I have any reason to have visited the website.

8. I am not and have never been a customer of Defendant, let alone MyDailySurge, nor entered into any contract or agreement with them.

9. As such, I had no notice of the arbitration provision on the MyDailySurge website and certainly did not agree to such provision because I did not submit any information to the website at all.

10. Indeed, the information allegedly submitted to the website included the name "Shirenna Wilcox" and other information, including the email address "wilcoxshirenna@gmail.com," gender of "Female," and a date of birth in 1965, which is not my information.

11. Nor would there be any reason for Shirenna Wilcox to submit my information to this website, and I certainly did not direct her to do so.

12. In fact, I do not allow Shirenna Wilcox to interact with me nor interacted with her since 2024, except for one occasion, which resulted in a police report and trespass warning, due to her alcoholism.

13. I did not have any notice of the terms and conditions allegedly on the MyDailySurge website until the Defendant filed its motion.

14. I certainly did not agree to arbitrate my claims against the Defendant, nor would I ever have agreed to do so.

15. I have never inputted any information, let alone my phone number or any other information, into the MyDailySurge website, nor directed anyone to do so.

Declaration

2

16. Consequently, I unequivocally state that I did not submit any information, including any of my information or Shirenna Wilcox's information to that website, either.

17. I did not give anyone else, including Shirenna Wilcox, permission to visit the website or to submit my telephone number on it.

18. I did not provide consent, nor did I authorize anyone to do so on my behalf, to receive calls, text messages, or arbitrate claims in any manner whatsoever.

19. As such, I had no notice of the arbitration provision on the MyDailySurge website and certainly did not agree to such provision because I did not visit the website at all.

20. I have never agreed to arbitrate my claims against Defendant.

21. I do not welcome these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

22. I was harmed by the Defendant's calls. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

23. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

          **Executed this in February 27, 2026, in the United States of America,**



          **Chad Barnes**

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Eugene Police Department
**ORI:** OR0200200
**Case#:** 23-07033
**Date / Time Reported:** 05/16/2023 09:52 Tue
**Last Known Secure:** 05/16/2023 09:51 Tue
**At Found:** 05/16/2023 09:52 Tue

**Location of Incident:** 3130 CORALY AVE, Eugene OR 97402
**Gang Relat:** NO
**Premise Type:** Apartment/ Plex/
**Beat/GeoPrx:** EP05

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Dispute — DISPUTE | O | | | | | N |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO:**

## VICTIM

# of Victims: 0   Type:   Injury:

**V1** Victim/Business Name (Last, First, Middle):
Home Address:   Email:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:
VYR | Make | Model | Style | Color | Lic/Lis | VIN

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**
**Code:** CO   **Name:** BARNES, CHAD EDWARD
**DOB:** OR ███ 984   **Age:** 38   **Race:** W   **Sex:** M   **Resident Status:** Resident
**Home Address:** 3130 CORALY AVE EUGENE, OR 97402
**Home Phone:** ORS
**Employer Name/Address:** Rare Earth Organics, 2699 ROOSEVELT
**Business Phone:** ORS

**Type:**   **Injury:**
**Code:**   **Name:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 321 | INVV | $0.00 | | 1 | 2001 BLK , 935NSZ  OR | MERZ C32 | WDBRF64JX1F133647 |

**Officer/ID#:** SMITH, J.  (WPO, EFCU) (EPD632)
**Invest ID#:** (0)
**Supervisor:** MCCAULEY, S.  (EPO, EPAT)
**Complainant Signature:**
**Case Status:** Other (non-reportable, Ibr 999)   05/16/2023
**Case Disposition:**
Page 1

**Incident Report Additional Name List**

*Eugene Police Department*  OCA: 23-07033

## Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI  1 | WILSON, CHET MICHAEL | | O▇1981 | 41 | W | M |
| | Address | 29798 WILLOW CREEK RD Apt. 302, EUGENE, OR 97402- | | H: | | | |
| | Empl/Addr | | | B: ORS 192.355(2)(a) - Personal Privacy | | | |
| | | | | Mobile #: | | | |
| 2) | WI  2 | ERVIN, JASMINE SKY | | OR 1995 | 28 | W | F |
| | Address | 3680 PLUMTREE DR , EUGENE, OR 97402- | | H: ORS | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

# INCIDENT/INVESTIGATION REPORT

*Eugene Police Department*

Case # *23-07033*

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
BACKER, M. (EPD601)

Suspect Hate / Bias Motivated:   *NO BIAS*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 23-07033       *Eugene Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Eugene Police Department | | OCA 23-07033 |
|---|---|---|
| Victim | Offense *DISPUTE* | Date / Time Reported *Tue 05/16/2023 09:52* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

BWV/CEPDJRS 05162023 / 1100

Narrative: While working patrol, I responded to 3130 Corally Ave for the report of a dispute between a mother and her adult son.

I responded and contacted the OF/ Wilcox, Shirenna.

Shirenna is an alcoholic, and is currently struggling with her sobriety.

Shirenna`s biological son, CO/ Barnes, Chad, lives at 3130 Corally Ave along with several other adults as roommates.

Shirenna is not allowed at the residence due to her alcoholism. She let herself in, through the unlocked front door, in the early morning hours and was confronted by Chad and his roommates WI/ Wilson, Chet and WI/ Ervin, Jasmine.

The interaction sparked a verbal dispute between Chad and Shirenna which resulted in Shirenna running across the street and using a neighbor`s phone to call the police.

No one was injured during the dispute. Shirenna was instructed to not return as she was trespassed, and was informed she would be arrested should she return and enter the residence.

## Incident Report Suspect List

Eugene Police Department

OCA: 23-07033

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | WILCOX, SHIRENNA LYN | | 675 HUGHES ST<br>EUGENE, OR 97402 |
| | Business Address | | ORS 192.355(2)(a)<br>- Personal Privacy |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] 1965 | 58 | W | F | U | 501 | 125 | RED | BLU | | DMV Information -<br>ORS 802.177 and |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| Veh Yr / Make / Model | | Drs | Style | Color | Lic Plate / State | | VIN |

Notes                                                    Physical Char

## Incident Report Related Vehicle List

*Eugene Police Department*

OCA: *23-07033*

| # | VehYr/Make/Model | | Style | Color | Lic/Lis | | VIN | |
|---|---|---|---|---|---|---|---|---|
| 1 | *2001 MERZ, C32* | | *4D* | *BLK* | *935NSZ OR* | | *WDBRF64JX1F133647* | |
| | IBR Status *Involved Vehicle* | | Date *05/16/2023* | Location *3130 CORALY AVE, EUGENE OR* | | | | |
| | Condition | Value *$0.00* | | Offense Code *999* | Jurisdiction *Locally* | | State # | NIC # |
| | Name (Last, First, Middle) *\* No name \** | | | Also Known As | | | Home Address | |
| | Business Address | | | | | | | |
| | DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features | |

Notes



# Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request.

The following information is provided to explain the process employed to review and produce the response documents.

You may seek review of the City's decision on your public records request pursuant to ORS 192.145.

| Reason | Description | Pages |
|---|---|---|
| DMV Information - ORS 802.177 and 802.181 | ORS 802.177 and 802.181 DMV | 5 |
| ORS 192.355(2)(a) - Personal Privacy | Information of a personal nature such as but not limited to that kept in a personal, medical or similar file, if public disclosure would constitute an unreasonable invasion of privacy. | 1, 2, 5 |