Andrew Roman Perrong, OSB No. 243320

a@perronglaw.com

Perrong Law LLC

2657 Mount Carmel Avenue

Glenside, PA 19038

215-225-5529

Attorney for Plaintiff and the Proposed

Class

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHAD BARNES
_____,

                   Plaintiff(s),       Case No.: 6:25-cv-2050 _____

v.

JET QUICK, LLC
_____,     **JOINT ALTERNATIVE DISPUTE
     RESOLUTION REPORT**

               Defendant(s).

_____

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1.     Have counsel held settlement discussions with their clients and the opposing party?

☑Yes     ☐No

     If not, provide an explanation:

     _____

     _____

2.    The parties propose:    (*check one of the following*)

☐ (a)  That this case be referred to a neutral of their choice for ADR not
         sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b)  That the Court refer this case to mediation using a Court-sponsored
         mediator.  (*See* LR 16-4(f) for Court-sponsored  mediation procedures).
         The parties seek a Court mediator because:

_____

_____

_____

☑ (c)   ADR may be helpful at a later date following completion of:

Arbitration Discovery
_____

_____

☐ (d)   The parties believe the Court would be of assistance in preparing for
          ADR by:

_____

_____

☐ (e)   The parties do not believe that any form of ADR will assist in the
          resolution of this case.

☐ (f)   Other:

_____

_____

_____

Dated: 04/03/2026 _____

By: /s/ Andrew Roman Perrong _____

Andrew Roman Perrong

By: /s/ Jeffrey Gilbert (with permission) _____

Jeffrey Gilbert