**JEFFREY GILBERT (Pro Hac Vice)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

*Counsel for Defendant Jet Quick, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JET QUICK, LLC,<br><br>Defendant. | Case No.: 6:25-cv-02050-MC<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE ARBITRATION DISCOVERY AND FILE RENEWED MOTION TO COMPEL ARBITRATION** |

Plaintiff Chad Barnes and Defendant Jet Quick, LLC ("Jet Quick"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq*., and L. R. 16-3(a), herein jointly move for an extension of time to complete arbitration discovery and for Defendant Jet Quick to

file a renewed Motion to Compel Arbitration, and state as follows:

1. On March 17, 2026, the Court entered an Order that stayed Defendant's Motion to Compel Arbitration (D.E. 10) and granted the parties 90 days from the date of the Order to conduct limited discovery into the issue of whether an arbitration agreement was formed. D.E. 16.

2. The Order also states that Defendant may file a renewed motion to compel arbitration within 30 days after the conclusion of the limited discovery period. *Id.*

3. The limited arbitration discovery period ends on Monday, June 15, 2026.

4. The parties now jointly move to extend the limited arbitration discovery period for an additional 45 days, with the period ending on Thursday, July 30, 2026.

5. The parties assert that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the parties need additional time to issue subpoenas and take the depositions of the parties and additional witnesses. The parties also have exchanged discovery requests and are still conferring on the responses and objections to the discovery requests.

6. Neither party will be prejudiced by the requested extension of time.

7. The proposed extension will not have any impact on the lawsuit as there are no existing deadlines, settings, or schedules entered by the Court at this time.

**WHEREFORE**, Plaintiff Chad Barnes and Defendant Jet Quick, LLC respectfully request the Court to grant this extension of time and enter an order, providing that the limited arbitration discovery period is extended until Thursday, July 30, 2026, and that Defendant Jet Quick, LLC may file a renewed motion to compel arbitration within 30 days after the conclusion of the limited discovery period, on August 31, 2026.

Date: June 10, 2026

By: */s/Andrew Perrong*
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Lead Attorney for Plaintiff and the*
*Proposed Class*

Respectfully submitted,

By: */s/ Jeffrey Gilbert*
**JEFFREY GILBERT (Pro Hac Vice)**
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761

**KRISTIN STANKIEWICZ**
Oregon Bar No. 066196
Kristin.Stankiewicz@gmlaw.com
**GREENSPOON MARDER LLP**
555 SE MLK Boulevard, Unit 105
Portland, OR 97214
Direct Phone Number: 971-322-0802

*Attorneys for Defendant Jet Quick, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jeffrey Gilbert* _____
Jeffrey Gilbert (Pro Hac Vice)
Florida Bar No. 375411