IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CHAD BARNES,                                    Case No. 6:25-cv-02050-MC

        Plaintiff,                              JUDGMENT

        v.

JET QUICK, LLC,

        Defendant.

_____

MCSHANE, Judge:

On July 1, 2026, Plaintiff filed a Notice of Voluntary Dismissal. ECF No. 23. The parties stipulate that Plaintiff's individual claims are dismissed with prejudice. It is hereby ORDERED that Plaintiff's individual claim in this matter is DISMISSED with prejudice and without recovery of costs or fees to any party. Defendant's Motion to Compel Arbitration, ECF No. 10, is DENIED as moot.

IT IS SO ORDERED.

DATED this 1st day of July 2026.


_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – Judgment